# EXHIBIT "A"

RECORDER MEMO: This COPY has not been QUALITY ASSURED.

**This page is part of your document - DO NOT DISCARD**

# 20091324063





Recorded/Filed in Official Records
Recorder's Office, Los Angeles County,
California

**08/28/09 AT 08:00AM**

Pages: 0003

| | |
|---|---:|
| FEES: | 12.00 |
| TAXES: | 0.00 |
| OTHER: | 0.00 |
| PAID: | 12.00 |



**LEADSHEET**



200908280210005

00001118639



002286976

**SEQ:**
01

DAR - Title Company (Hard Copy)



**THIS FORM IS NOT TO BE DUPLICATED**    t35

RECORDER MEMO: This COPY has not been QUALITY ASSURED.



08/28/2009

*20091324063*

RECORDING REQUESTED BY

And when recorded mail to
WILSHIRE CREDIT CORPORATION
RE: Loan # 4856457/GETTLER
14523 SW MILLIKAN WAY
BEAVERTON, OR 97005

0900388862 Space above this line for recorder's use

# TRUSTEE'S DEED UPON SALE

The undersigned declares under penalty of perjury that the following declaration is true and correct:

1) The Grantee herein was the foreclosing Beneficiary.
2) The amount of the unpaid debt together with costs was -------------------- $648,841.88
3) The amount paid by the Grantee at the Trustee's Sale was ------------------ $216,590.00
4) The documentary transfer tax is ----------------------------------- $.00
5) The city transfer tax is ----------------------------------------- $.00
6) The monument preservation tax is --------------------------------- $.00
7) Said property is in **Norwalk**, County of **Los Angeles**

T.D. SERVICE COMPANY

Dated: 08/21/09    By_____
NOEMI CESENA, TRUSTEE'S SALE TECH II

T.S. No: A379701 CA    Unit Code: A    Loan No: 4856457/GETTLER
AP #1: 8056-022-025
Property Address: 13917 CLARKDALE AVENUE, NORWALK, CA 90650

T.D. SERVICE COMPANY
(herein called Trustee)

does hereby GRANT AND CONVEY, without any covenant or warranty, express or implied to

HSBC BANK USA, NATIONAL ASSOCIATION AS TRUSTEE FOR THE ELLINGTON TRUST SERIES 2007-2
(herein called Grantee), such interest as Trustee has in that certain property described as follows:

LOT 11 IN BLOCK 10 OF TRACT SPROUL'S ADDITION TO NORWALK, IN THE CITY OF NORWALK, COUNTY OF LOS ANGELES, CALIFORNIA AS PER MAP RECORDED IN BOOK 18, PAGE (S) 87 & 88, OF MAPS IN THE OFFICE OF THE COUNTY RECORDER OF SAID COUNTY.

This conveyance is made pursuant to the authority vested in said Trustee, as Trustee or as duly appointed Trustee by the Deed of Trust described as follows:

Trustor: ARTHUR J. GETTLER

MAIL TAX STATEMENTS TO ADDRESS SHOWN ABOVE

Page 2
T.S. No: A379701 CA    Unit Code: A    Loan No: 4856457/GETTLER

Recorded December 22, 2006 as Instr. No. 06 2847543 in Book --- Page --- of Official Records in the office of the Recorder of LOS ANGELES County; CALIFORNIA, Whereas, the holder of the note secured by said Deed of Trust delivered to Trustee a written Declaration of Default and, pursuant thereto, a Notice of Default was recorded January 23, 2009 as Instr. No. 20090090414 in Book --- Page --- of Official Records in the office of the Recorder of LOS ANGELES County; CALIFORNIA.

Whereas, Trustee complied with all applicable statutory provisions of California Civil Code Sections 2924 et seq. and of the described Deed of Trust including the mailing, publication, personal delivery, and posting of the Notice of Default and Notice of Sale, as respectively appropriate.

Said Notice of Trustee's Sale stated the time and place that Trustee would sell its interest in the described property at public auction. On August 21, 2009, the date set forth in the Notice of Trustee's Sale or the properly postponed sale date, Trustee sold the described property to Grantee, the highest qualified bidder present, for the sum of $216,590.00 **Pro-tanto**.

In Witness Whereof, the undersigned caused its corporate name and seal (if applicable) to be hereunto affixed.

Dated August 21, 2009

T.D. SERVICE COMPANY

BY _____
Frances Depalma, Vice President/operations

BY _____
Nancy Young, Assistant Secretary

STATE OF CALIFORNIA    )
COUNTY OF ORANGE    )SS

On 08/21/09 before me, K. BERNAL, a Notary Public, personally appeared FRANCES DEPALMA and NANCY YOUNG, who proved to me on the basis of satisfactory evidence to be the person(s) whose name(s) is/are subscribed to the within instrument and acknowledged to me that he/she/they executed the same in his/her/their authorized capacity(ies), and that by his/her/their signature(s) on the instrument the person(s) or the entity upon behalf of which the person(s) acted, executed the instrument.

I certify under penalty of perjury under the Laws of the State of California that the foregoing paragraph is true and correct.

WITNESS my hand and official seal.
Signature _____ (Seal)



"This Instrument is being recorded as an ACCOMMODATION ONLY, with no Representation as to its effect upon title"

# EXHIBIT "B"

# NOTICE TO VACATE PROPERTY

TO:    CAROLYN PAMBIANCO, KIM PAMBIANCO &
       All occupants residing at
       13917 CLARKDALE AVE
       NORWALK, CA 90650

NOTICE IS HEREBY GIVEN THAT HSBC BANK USA, NATIONAL ASSOCIATION AS TRUSTEE ("HSBC"), or its predecessor in interest, purchased the property located at 13917 CLARKDALE AVE, NORWALK, CA 90650 (the "Premises") at a foreclosure sale held in accordance with Civil Code § 2924 and pursuant to the power of sale contained in a Deed of Trust recorded on 12/22/2006 as Instrument Number 2006-2847543 in the Official Records of LOS ANGELES County, and that title to the Premises is duly perfected in HSBC.

NOTICE IS FURTHER GIVEN THAT within **ninety (90) days** after service on you of this Notice:

You are required to vacate and surrender possession of the Premises, or the portion in which you reside, to HSBC through ROB BUCHAN, its agent, who can be reached at 310-427-3537 from 9:00 a.m. to 5:00 p.m. on all business days, unless you provide evidence to the undersigned law firm that you are a bona fide tenant pursuant to Section 702(a)(2)(A) of the federal "Protecting Tenants at Foreclosure Act of 2009" ("PTFA") or are protected by Section 703 of the PTFA. Please see Page 2 Addendum of this Notice for instructions on how to deliver this evidence.

If within the applicable period as set forth above, EITHER if you fail to surrender possession OR if you fail to provide evidence you are a bona fide tenant pursuant to Section 702(a)(2)(A) of the PTFA or are protected by Section 703 of the PTFA, HSBC will commence eviction proceedings against you to recover possession of the Premises and for damages caused by your unlawful detention of the Premises.

This Notice is given pursuant to the provisions of PTFA and Code of Civil Procedure §§ 1161, 1161a and 1161b, and if applicable, includes the 60 day Notice required by CCP 1161b within the above 90 day Notice period.

This notice also constitutes a notice of non-renewal of any lease applicable to the Premises.

**PARA ASISTENCIA EN ESPANOL LLAME AL 949-854-2244, Ext. 261.**

**(NOTICE HAS A SECOND PAGE)**

------- Page 1 of 2 -------

HSBC provides relocation assistance programs to occupants of its foreclosed properties. To discuss these programs and your options under them, please contact Your relocation specialist, Rebecca Binford @ 503-223-5600, Ext. 7240.

Dated: September 9, 2009

Jackson & Associates, Inc.

DAVID J. BOYER
Attorney for HSBC
CHCA395A

## RELOCATION ASSISTANCE /TENANT INFORMATION HOTLINE

HSBC provides relocation assistance programs to occupants of its foreclosed properties. It also provides a tenant information hotline, to allow you to claim tenant status. To discuss these programs, your options under them, and to claim tenant protections, please contact Your relocation specialist, Rebecca Binford @ 503-223-5600, Ext. 7240.

## TENANT INFORMATION

**IF YOU ARE A TENANT of the prior owner, you must provide the following documents:**

- **A copy of your lease**
- **A return phone number and the best hours to reach you**
- **The receipt for the last payment made to the landlord for the residence**

by telephone (503-223-5600, Ext. 7240) or mail, fax, or in person to:

Jackson & Associates, Inc.
Tenant Occupied Properties Department
4199 Campus Drive, Suite 700
Irvine, CA 92612

**Fax: 949.892.1336**

For any questions, please call 949.854.2244, Ext. 208

**PARA ASISTENCIA EN ESPANOL LLAME AL 949.854.2244, EXT. 261.**

| ATTORNEY OR PARTY WITHOUT ATTORNEY (Name and Address) | TELEPHONE NO. | FOR COURT USE ONLY |
|---|---|---|
| Jackson & Associates<br>4199 Campus Dr Ste 700<br>Irvine    CA    92612 | (949) 854-2244 | |

ATTORNEY FOR (Name)

Insert of Court Name of Judicial District and Branch Court if any

SHORT TITLE OF CASE

| 1772467    (HEARING) Date    Time    Dept | Case Number: |
|---|---|
| | REFERENCE NO.<br>CHCA395A |

## PROOF OF SERVICE

AT THE TIME OF SERVICE I WAS AT LEAST 18 YEARS OF AGE AND NOT A PARTY TO THIS ACTION, AND I SERVED THE:

90 DAY NOTICE TO VACATE PROPERTY

BY SERVING SAID NOTICE AS AUTHORIZED BY C.C.P. 1162(2,3)

TO THE TENANT:    CAROLYN PAMBIANCO

ON:    9/10/2009    TIME OF DELIVERY: 9:18:00 AM

BY POSTING A COPY OF SAID NOTICE IN A CONSPICUOUS PLACE ON THE PROPERTY THEREIN DESCRIBED, THERE BEING NO PERSON OF SUITABLE AGE OR DISCRETION TO BE FOUND AT ANY KNOWN PLACE OF RESIDENCE OR BUSINESS OF SAID TENANT; AND MAILING A COPY TO SAID TENANT BY DEPOSITING SAID COPIES IN THE UNITED STATES MAIL IN A SEALED ENVELOPE WITH POSTAGE FULLY PREPAID, ADDRESSED TO THE TENANT AT:

ADDRESS: 13917 Clarkdale Ave    ON 9/10/2009
Norwalk    CA    90650

7a. Person Serving:    Nina    Torres

b. DDS Legal Support
2900 Bristol St
Costa Mesa, Ca 92626

c. (714) 662-5555

d. The fee for service was    $127.00
e. I am:
(1)    not a registered California process server:
(3) X    registered California process server:
(i) Independent Contractor
(i) Registration No:    5932
(i) County:    ORANGE

SIGNATURE

8. I declare under the penalty of perjury under the laws of the State of California that the foregoing is true and correct.    Nina    Torres

9/11/2009

## PROOF OF SERVICE

Form Approved for Optional Use Judicial
Council of California
POS-010 [REV Jan 1 2007]

CRC 982(A)(23)

| ATTORNEY OR PARTY WITHOUT ATTORNEY (Name and Address) | TELEPHONE NO. | FOR COURT USE ONLY |
|---|---|---|
| Jackson & Associates<br>4199 Campus Dr Ste 700<br>Irvine    CA    92612 | (949) 854-2244 | |

ATTORNEY FOR (Name

Insert of Court Name of Judicial District and Branch Court if any

SHORT TITLE OF CASE

| 1774474 | (HEARING) Date | Time | Dept | Case Number: |
|---|---|---|---|---|
| | | | | REFERENCE NO.<br>CHCA395A |

## PROOF OF SERVICE

AT THE TIME OF SERVICE I WAS AT LEAST 18 YEARS OF AGE AND NOT A PARTY TO THIS ACTION, AND I SERVED THE:

90 DAY NOTICE TO VACATE PROPERTY

BY SERVING SAID NOTICE AS AUTHORIZED BY C.C.P. 1162(2,3)

TO THE TENANT:    KIM PAMBIANCO

ON:    9/10/2009    TIME OF DELIVERY:  9:18:00 AM

BY POSTING A COPY OF SAID NOTICE IN A CONSPICUOUS PLACE ON THE PROPERTY THEREIN DESCRIBED, THERE BEING NO PERSON OF SUITABLE AGE OR DISCRETION TO BE FOUND AT ANY KNOWN PLACE OF RESIDENCE OR BUSINESS OF SAID TENANT; AND MAILING A COPY TO SAID TENANT BY DEPOSITING SAID COPIES IN THE UNITED STATES MAIL IN A SEALED ENVELOPE WITH POSTAGE FULLY PREPAID, ADDRESSED TO THE TENANT AT:

ADDRESS:  13917 Clarkdale Ave    ON  9/10/2009
Norwalk    CA    90650

7a. Person Serving:    Nina    Torres

b. DDS Legal Support
2900 Bristol St
Costa Mesa, Ca 92626

c. (714) 662-5555

d. The fee for service was    $0.00
e. I am:
(1)    not a registered California process server:
(3) X    registered California process server:
(i) Independent Contractor
(i) Registration No:    5932
(i) County:  ORANGE

8. I declare under the penalty of perjury under the laws of the State of California that the foregoing is true and correct.    Nina    Torres

9/11/2009

X _____
SIGNATURE

PROOF OF SERVICE

Form Approved for Optional Use Judicial
Council of California
POS-010 [REV Jan 1 2007]    CRC 982(A)(23)

| ATTORNEY OR PARTY WITHOUT ATTORNEY (Name and Address) | TELEPHONE NO. | FOR COURT USE ONLY |
|---|---|---|
| Jackson & Associates<br>4199 Campus Dr Ste 700<br>Irvine    CA    92612 | (949) 854-2244 | |

ATTORNEY FOR (Name

Insert of Court Name of Judicial District and Branch Court if any

SHORT TITLE OF CASE

| 1774475 | (HEARING) Date | Time | Dept | Case Number:<br><br>REFERENCE NO.<br>CHCA395A |
|---|---|---|---|---|

## PROOF OF SERVICE

AT THE TIME OF SERVICE I WAS AT LEAST 18 YEARS OF AGE AND NOT A PARTY TO THIS ACTION, AND I SERVED THE:

90 DAY NOTICE TO VACATE PROPERTY

BY SERVING SAID NOTICE AS AUTHORIZED BY C.C.P. 1162(2,3)

TO THE TENANT:    ALL OCCUPANTS

ON:  9/10/2009    TIME OF DELIVERY: 9:18:00 AM

BY POSTING A COPY OF SAID NOTICE IN A CONSPICUOUS PLACE ON THE PROPERTY THEREIN DESCRIBED, THERE BEING NO PERSON OF SUITABLE AGE OR DISCRETION TO BE FOUND AT ANY KNOWN PLACE OF RESIDENCE OR BUSINESS OF SAID TENANT; AND MAILING A COPY TO SAID TENANT BY DEPOSITING SAID COPIES IN THE UNITED STATES MAIL IN A SEALED ENVELOPE WITH POSTAGE FULLY PREPAID, ADDRESSED TO THE TENANT AT:

ADDRESS: 13917 Clarkdale Ave          ON 9/10/2009
         Norwalk        CA    90650

7a. Person Serving:  Nina  Torres

b. DDS Legal Support
2900 Bristol St
Costa Mesa, Ca 92626

c. (714) 662-5555

d. The fee for service was    $0.00
e. I am:
    (1)      not a registered California process server:
    (3) X    registered California process server:
        (i) Independent Contractor
        (i) Registration No:    5932
        (i) County:   ORANGE

8. I declare under the penalty of perjury under the laws of the State of California that the foregoing is true and correct.  Nina  Torres

9/11/2009

X _____ SIGNATURE

Form Approved for Optional Use Judicial
Council of California
POS-010 [REV Jan 1 2007]

PROOF OF SERVICE

CRC 982(A)(23)