Gerald L. Wolfe, Esq. SBN: 180599
Law Office of Gerald Wolfe
6B Liberty, Ste 210
Aliso Viejo, CA 92656
Telephone: (949) 257-0961
Facsimile: (949) 878-4840

Attorney for Debtors
ARTHUR JOSEPH GETTLER

UNITED STATES BANKRUPTCY COURT

CENTRAL DISTRICT OF CALIFORNIA

LOS ANGELES DIVISION

| | |
|---|---|
| In re: | Case No. 2:09-bk-34897 |
| ARTHUR JOSEPH GETTLER, | |
| Debtor, | **DEBTOR'S MOTION TO CONVERT CASE UNDER 11 U.S.C. § 1307(d)** |
| | DATE: November 5, 2009 |
| | TIME: 3:00 PM |
| | CTRM: 1639 |

**TO THE HONORABLE UNITED STATES BANKRUPTCY JUDGE: ELLEN CARROLL**

Debtor ARTHUR JOSEPH GETTLER ("Debtor") hereby moves this court for an Order converting the above chapter 13 case to a case under chapter 11 on the grounds that Debtor is ineligible for a chapter 13 bankruptcy case under 11 U.S.C. § 109(e).

Debtor filed a Voluntary Petition under chapter 13 on September 16, 2009. The chapter 13 Trustee for the above referenced case is Kathy A Dockery. Debtor alleges that this case has not been previously converted. Debtor also alleges that the motion is filed in good faith, and that Debtor is eligible for relief under the chapter for which conversion is requested.

///

1    **WHEREFORE**, Debtor prays as follows:

2  1.  That this Court issues an Order (submitted herewith and has been served) pursuant to 11

3    U.S.C. § 1307(d) converting this case from one under chapter 13 to a case under chapter 11.

4

5  DATED: October 2, 2009

6

7                     /S/Gerald Wolfe

8                     by: Gerald L. Wolfe, Esq.

9                     Attorney for Debtor

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

DEBTOR'S MOTION TO CONVERT CASE UNDER 11 U.S.C. § 1307(d)

2

**F 1017-1.1**

| In re | CHAPTER __13__ |
|---|---|
| **Arthur Joseph Gettler** | |
| Debtor. | CASE NUMBER **2:09-bk-34897** |

**NOTE:** When using this form to indicate service of a proposed order, **DO NOT** list any person or entity in Category I. Proposed orders do not generate an NEF because only orders that have been entered are placed on the CM/ECF docket.

## PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:
6B Liberty Suite 210
Aliso Viejo, CA 92656

The foregoing document described __**Debtor's Motion to Convert Case**__ will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d), and **(b)** in the manner indicated below:

**I. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")** - Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s) ("LBR"), the foregoing document will be served by the court via NEF and hyperlink to the document. On __10/5/09__ I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following person(s) are on the Electronic Mail Notice List to receive NEF transmission at the email address(es) indicated below:

Chapter 13 Trustee, Kathy A Dockery

☐ Service information continued on attached page

**II. SERVED BY U.S. MAIL OR OVERNIGHT MAIL (indicate method for each person or entity served):** On 10/5/09 I served the following person(s) and/or entity(ies) at the last known address(es) in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States Mail, first class, postage prepaid, and/or with an overnight mail service addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

Honorable Ellen Carroll, United States Bankruptcy Court, 255 E. Temple Street, Suite 1634

☐ Service information continued on attached page

**III. SERVED BY PERSONAL DELIVERY, FACSIMILE TRANSMISSION OR EMAIL (indicate method for each person or entity served):** Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on ____ I served the following person(s) and/or entity(ies) by personal delivery, or (for those who consented in writing to such service method,) by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

| October 5, 2009 | Beth Hazen | |
|---|---|---|
| *Date* | *Type Name* | *Signature* |

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.